# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-2456
LT Case Nos. 2019-CF-000152
2018-CF-3222-A

———————————————————

PATRICK LAMAR BRYANT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

3.800 appeal from the Circuit Court for Marion County.
Anthony M. Tatti, Judge.

Patrick Lamar Bryant, Century, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J.
Koller, Assistant Attorney General, Daytona Beach, for Appellee.


December 5, 2023


PER CURIAM.

AFFIRMED.


SOUD, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____